UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEATH AND TAXES, LLC, d/b/a Death & Taxes and Bridge Club, ASPIC, INC., d/b/a Poole's Diner, ABC CORNERSHOP, INC., d/b/a Beasley's Chicken + Honey, Chuck's Burgers and Fox Liquor Bar, POOLE'SIDE, LLC, d/b/a Poole'side Pies, and AUX KITCHEN, LLC, <br><br>   Plaintiffs, <br><br> v. <br><br> THE CINCINNATI INSURANCE COMPANY, <br><br>   Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:21-CV-125-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 16], DENIES as moot plaintiffs' motion to stay [D.E. 19], and DISMISSES WITH PREJUDICE plaintiffs' complaint [D.E. 1] Additional amendments would be futile.

This case is closed

**This Judgment Filed and Entered on February 2, 2022, and Copies To:**

| | |
|---|---|
| Stuart Paynter | (via CM/ECF electronic notification) |
| Gagan Gupta | (via CM/ECF electronic notification) |
| Andrew Vanore, III | (via CM/ECF electronic notification) |
| Skylar Gallagher | (via CM/ECF electronic notification) |
| Michael Baniak | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

February 2, 2022　　　　　　　　　　　　　　　(By) /s/ Lindsay Stouch
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk